AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT   ☐ SUPERSEDING

**OFFENSE CHARGED**

26 U.S.C. § 7206(2) – AIDING AND ADVISING FALSE TAX RETURNS

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: 26 U.S.C. § 7206(2) – 3 years prison, $250,000 fine, 1 year supervised release, $100 special assessment

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

**DEFENDANT - U.S**
▶ MARIA CORINA RODRIGUEZ

DISTRICT COURT NUMBER
CR 19 705 YGR

FILED
DEC 19 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction   ☐ Federal   ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   ☒ No   If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

---

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
INTERNAL REVENUE SERVICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:   ☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   DAVID L. ANDERSON
☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Thomas Moore AUSA

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT   Bail Amount: _____
If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:   Before Judge:

Comments:

# United States District Court

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

VENUE: OAKLAND

FILED

DEC 19 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

UNITED STATES OF AMERICA,

V.

CR 19 705 YGR

MARIA CORINA RODRIGUEZ

DEFENDANT(S).

## INDICTMENT

26 U.S.C. § 7206(2) – AIDING AND ADVISING FALSE TAX RETURNS

A true bill.

_____ Foreman

Filed in open court this __19th__ day of
__December, 2019__  _Ivy Garcia_

_Donna M. Ryu_  12/19/19  Clerk

Bail, $ __NO BAIL WARRANT__



1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2

3                                                                                    FILED

4                                                                                DEC 19 2019
                                                                             SUSAN Y. SOONG
5                                                                       CLERK, U.S. DISTRICT COURT
                                                                       NORTH DISTRICT OF CALIFORNIA
6                                                                            OAKLAND OFFICE

7

8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10                                OAKLAND DIVISION

11 | UNITED STATES OF AMERICA,          ) CASE NO.  **CR 19 705**
                                        )
12 |       Plaintiff,                   ) VIOLATIONS:
                                        ) 26 U.S.C. § 7206(2) – AIDING AND ADVISING
13 |    v.                              ) FALSE TAX RETURNS
                                        )
14 | MARIA CORINA RODRIGUEZ,            ) OAKLAND VENUE
                                        )
15 |       Defendant.                   ) **UNDER SEAL**
                                        )
16 |_____ )

17                                  I N D I C T M E N T

18 The Grand Jury charges:

19 COUNTS ONE THROUGH FORTY-ONE:  (26 U.S.C. § 7206(2) – Aiding and Advising False Tax

20 Returns)

21       On or about the dates set forth below, in the Northern District of California, the defendant,

22                              MARIA CORINA RODRIGUEZ,

23 did willfully aid and assist in, procure, counsel, and advise the preparation and presentation to the

24 Internal Revenue Service, of U.S. Individual Federal Income Tax Returns, Forms 1040, either individual

25 or joint, for the taxpayers, calendar years, and materially false items set forth below, whereas the

26 defendant MARIA CORINA RODRIGUEZ then and there knew the returns were false and fraudulent

27 and the taxpayers were not entitled to claim the materially false items in the claimed amounts.

28 //

INDICTMENT

| COUNT | DATE OF OFFENSE | TAXPAYER | TAX YEAR | MATERIAL FALSE ITEM | AMOUNT |
|---|---|---|---|---|---|
| 1 | 04/15/2015 | F.A. | 2014 | Sch. A:<br>Line 7, personal property tax<br>Line 16, cash donations<br>Line 17, noncash donations<br>Line 21, unreimbursed employee expenses | $874<br>$2,000<br>$500<br>$21,807 |
| 2 | 04/15/2017 | F.A. | 2016 | Sch. A:<br>Line 8, other taxes<br>Line 16, cash donations<br>Line 21, unreimbursed employee expenses | $1,000<br>$500<br>$13,555 |
| 3 | 04/15/2014 | S.&S. A. | 2013 | Sch. A:<br>Line 16, cash donations<br>Line 17, noncash donations<br>Line 21, unreimbursed employee expenses<br>Line 23, other expenses | $1,090<br>$500<br>$2,637<br><br>$2,797 |
| 4 | 04/15/2015 | S.&S. A. | 2014 | Form 1040:<br>Line 50, education credit<br>Line 68, American Opportunity Credit<br>Sch. A:<br>Line 7, personal property tax<br>Line 16, cash donations<br>Line 17, noncash donations<br>Line 23, other expenses | $721<br>$480<br><br><br>$3,495<br>$640<br>$500<br>$2,884 |
| 5 | 04/15/2016 | S.&S. A. | 2015 | Sch. A:<br>Line 7, personal property tax<br>Line 16, cash donations<br>Line 17, noncash donations<br>Line 21, unreimbursed employee expenses<br>Line 23, other expenses | $3,057<br>$4,250<br>$500<br>$8,597<br><br>$3,360 |
| 6 | 01/30/2018 | S.&S. A. | 2016 | Form 1040:<br>Line 17, rental real estate<br>Line 51, retirement credit<br>Sch. A:<br>Line 16, cash donations<br>Line 17, noncash donations<br>Line 21, unreimbursed employee expenses<br>Line 23, other expenses | $(5,863)<br>$200<br><br>$1,200<br>$500<br>$8,198<br><br>$2,253 |

INDICTMENT                                      2

| COUNT | DATE OF OFFENSE | TAXPAYER | TAX YEAR | MATERIAL FALSE ITEM | AMOUNT |
|---|---|---|---|---|---|
| 7 | 04/15/2014 | E.&M. C.A. | 2013 | Form 1040:<br>Line 48, dependent care credit<br>Line 49, education credit<br>Line 66, American Opportunity Credit<br>Sch. A:<br>Line 16, cash donations<br>Line 17, noncash donations<br>Line 21, unreimbursed employee expenses<br>Line 23, other expenses | $630<br>$678<br>$900<br><br><br>$500<br>$500<br>$5,336<br><br>$1,560 |
| 8 | 04/15/2015 | E.&M. C.A. | 2014 | Form 1040:<br>Line 49, dependent care credit<br>Line 50, education credit | $600<br>$1,374 |
| 9 | 04/15/2016 | E.&M. C.A. | 2015 | Form 1040:<br>Line 49, dependent care credit<br>Sch. A:<br>Line 21, unreimbursed employee expenses<br>Line 23, other expenses | $600<br><br>$16,516<br><br>$2,050 |
| 10 | 04/15/2017 | E.&M. C.A. | 2016 | Form 1040:<br>Line 49, dependent care credit<br>Sch. A:<br>Line 7, personal property tax<br>Line 16, cash donations<br>Line 17, noncash donations<br>Line 21, unreimbursed employee expenses | $600<br><br>$2,766<br>$500<br>$500<br>$17,823 |
| 11 | 04/15/2014 | U.&T. A. | 2013 | Sch. A:<br>Line 7, personal property tax<br>Line 16, cash donations<br>Line 17, noncash donations<br>Line 21, unreimbursed employee expenses | $1,025<br>$8,328<br>$450<br>$7,345 |
| 12 | 04/15/2015 | U.&T. A. | 2014 | Sch. A:<br>Line 7, personal property tax<br>Line 21, unreimbursed employee expenses<br>Line 23, other expenses | $1,469<br>$11,491<br><br>$8,809 |
| 13 | 04/15/2016 | U.&T. A. | 2015 | Sch. A:<br>Line 7, personal property tax<br>Line 21, unreimbursed employee expenses<br>Line 23, other expenses | $3,108<br>$11,018<br><br>$4,730 |

INDICTMENT                                   3

| COUNT | DATE OF OFFENSE | TAXPAYER | TAX YEAR | MATERIAL FALSE ITEM | AMOUNT |
|---|---|---|---|---|---|
| 14 | 04/15/2017 | U.&T. A. | 2016 | Sch. A:<br>Line 16, cash donations<br>Line 21, unreimbursed employee expenses<br>Line 23, other expenses | $6,104<br>$4,487<br><br>$5,110 |
| 15 | 04/15/2017 | K.B. | 2016 | Sch. A:<br>Line 7, personal property tax<br>Line 16, cash donations<br>Line 17, noncash donations<br>Line 21, unreimbursed employee expenses<br>Line 22, tax preparation fees | $3,287<br>$2,650<br>$500<br>$7,817<br><br>$250 |
| 16 | 04/15/2017 | S.C. | 2016 | Sch. A:<br>Line 16, cash donations<br>Line 21, unreimbursed employee expenses | $500<br>$14,038 |
| 17 | 04/15/2014 | I.D.R. | 2013 | Form 1040:<br>Line 42, exemptions<br>Line 51, child tax credit<br>Sch. A:<br>Line 16, cash donations<br>Line 17, noncash donations<br>Line 21, unreimbursed employee expenses | $27,300<br>$3,800<br><br>$500<br>$500<br>$19,592 |
| 18 | 04/15/2015 | I.D.R. | 2014 | Form 1040:<br>Line 42, exemptions<br>Line 52, child tax credit<br>Sch. A:<br>Line 21, unreimbursed employee expenses | $27,650<br>$3,750<br><br>$22,766 |
| 19 | 04/15/2016 | I.D.R. | 2015 | Form 1040:<br>Line 42, exemptions<br>Sch. A:<br>Line 7, personal property tax<br>Line 21, unreimbursed employee expenses | $28,000<br><br>$2,775<br>$23,295 |
| 20 | 06/16/2017 | I.D.R. | 2016 | Form 1040:<br>Line 42, exemptions<br>Sch. A:<br>Line 7, personal property tax<br>Line 16, cash donations<br>Line 17, noncash donations<br>Line 21, unreimbursed employee expenses | $28,350<br><br>$4,077<br>$3,000<br>$500<br>$18,182 |

INDICTMENT 4

| COUNT | DATE OF OFFENSE | TAXPAYER | TAX YEAR | MATERIAL FALSE ITEM | AMOUNT |
|---|---|---|---|---|---|
| 21 | 04/15/2015 | P.G. | 2014 | Form 1040:<br>Line 67, additional child tax credit<br>Sch. A:<br>Line 7, personal property tax<br>Line 16, cash donations<br>Line 17, noncash donations<br>Line 21, unreimbursed employee expenses<br>Line 23, other expenses | $1,457<br><br><br>$1,950<br>$1,520<br>$500<br>$5,320<br><br>$1,515 |
| 22 | 04/15/2017 | P.G. | 2016 | Sch. A:<br>Line 7, personal property tax<br>Line 16, cash donations<br>Line 17, noncash donations<br>Line 21, unreimbursed employee expenses<br>Line 23, other expenses | $782<br>$500<br>$500<br>$6,879<br><br>$1,673 |
| 23 | 04/15/2014 | E.G.C.&R.O. | 2013 | Form 1040:<br>Line 52, residential energy credit<br>Line 64a, earned income credit<br>Line 65, additional child tax credit<br>Sch. C:<br>Line 12, business income<br>Sch. A:<br>Line 16, cash donations<br>Line 23, other expenses | $363<br><br>$948<br>$2,000<br><br>7,150<br><br>$2,000<br>$3,350 |
| 24 | 05/19/2015 | E.G.C.&R.O. | 2014 | Form 1040:<br>Line 53, residential energy credit<br>Line 66a, earned income credit<br>Line 67, additional child tax credit<br>Sch. C:<br>Line 12, business income<br>Sch. A:<br>Line 7, personal property tax<br>Line 16, cash donations<br>Line 21, unreimbursed employee expenses<br>Line 23, other expenses | $438<br><br>$1,024<br>$1,000<br><br><br>$7,665<br><br>$1,655<br>$2,100<br>$5,909<br><br>$2,300 |

INDICTMENT                                                5

| COUNT | DATE OF OFFENSE | TAXPAYER | TAX YEAR | MATERIAL FALSE ITEM | AMOUNT |
|---|---|---|---|---|---|
| 25 | 04/15/2016 | E.G.C.&R.O. | 2015 | Form 1040:<br>Line 46, excess advance premium tax credit repayment<br>Line 50, education credit<br>Line 66a, earned income credit<br>Line 68, American Opportunity Credit<br>Sch. C:<br>Line 12, business income<br>Sch. A:<br>Line 23, other expenses | $513<br><br><br>$1,081<br>$1,253<br>$825<br><br><br>$8,463<br><br>$1,947 |
| 26 | 04/26/2017 | E.G.C.&R.O. | 2016 | Form 1040:<br>Line 50, education credit<br>Line 66a, earned income credit<br>Sch. C:<br>Line 12, business income<br>Sch. A:<br>Line 23, other expenses | $1,178<br>$163<br><br>$14,433<br><br>$3,888 |
| 27 | 04/15/2014 | E.&R. L. | 2013 | Sch. A:<br>Line 16, cash donations<br>Line 17, noncash donations<br>Line 21, unreimbursed employee expenses | $500<br>$500<br>$19,889 |
| 28 | 04/15/2015 | E.&R. L. | 2014 | Sch. A:<br>Line 7, personal property tax<br>Line 16, cash donations<br>Line 21, unreimbursed employee expenses | $2,185<br>$400<br>$23,486 |
| 29 | 04/15/2016 | E.&R. L. | 2015 | Sch. A:<br>Line 7, personal property tax<br>Line 21, unreimbursed employee expenses | $1,485<br>$22,137 |
| 30 | 04/15/2017 | E.&R. L. | 2016 | Sch. A:<br>Line 16, cash donations<br>Line 17, noncash donations<br>Line 21, unreimbursed employee expenses | $500<br>$500<br>$22,883 |
| 31 | 04/15/2015 | A.&R. P. | 2014 | Sch. A:<br>Line 16, cash donations<br>Line 17, noncash donations<br>Line 21, unreimbursed employee expenses | $500<br>$500<br>$20,368 |
| 32 | 04/15/2016 | A.&R. P. | 2015 | Sch. A:<br>Line 21, unreimbursed employee expenses | $19,487 |

INDICTMENT                                                    6

| COUNT | DATE OF OFFENSE | TAXPAYER | TAX YEAR | MATERIAL FALSE ITEM | AMOUNT |
|---|---|---|---|---|---|
| 33 | 04/26/2017 | A.&R. P. | 2016 | Sch. A:<br>Line 7, personal property tax<br>Line 21, unreimbursed employee expenses | <br>$2,885<br>$19,922 |
| 34 | 04/15/2014 | N.P.D.L. | 2013 | Form 1040:<br>Line 49, education credit<br>Line 66, American Opportunity Credit<br>Sch. A:<br>Line 16, cash donations<br>Line 21, unreimbursed employee expenses<br>Line 23, other expenses | <br>$1,500<br>$1,000<br><br>$4,000<br>$8,865<br>$4,430 |
| 35 | 04/15/2015 | N.P.D.L | 2014 | Form 1040:<br>Line 50, education credit<br>Line 68, American Opportunity Credit<br>Sch. A:<br>Line 16, cash donations<br>Line 21, unreimbursed employee expenses<br>Line 23, other expenses | <br>$1,228<br>$1,000<br><br>$7,000<br>$7,842<br>$2,865 |
| 36 | 04/15/2016 | N.P.D.L | 2015 | Form 1040:<br>Line 50, education credit<br>Line 68, American Opportunity Credit<br>Sch. A:<br>Line 16, cash donations<br>Line 21, unreimbursed employee expenses<br>Line 23, other expenses | <br>$1,500<br>$1,000<br><br>$9,000<br>$8,234<br>$2,990 |
| 37 | 04/15/2017 | N.P.D.L | 2016 | Form 1040:<br>Line 50, education credit<br>Line 68, American Opportunity Credit<br>Sch. A:<br>Line 21, unreimbursed employee expenses<br>Line 23, other expenses | <br>$1,275<br>$850<br><br>$7,884<br>$2,665 |
| 38 | 04/15/2014 | F.R. | 2013 | Form 1040:<br>Line 65, additional child tax credit | <br>$1,260 |
| 39 | 04/15/2015 | F.R. | 2014 | Form 1040:<br>Line 43, additional child tax credit | <br>$1,000 |

| COUNT | DATE OF OFFENSE | TAXPAYER | TAX YEAR | MATERIAL FALSE ITEM | AMOUNT |
|---|---|---|---|---|---|
| 40 | 04/15/2016 | M.V. | 2015 | Sch. A:<br>Line 16, cash donations<br>Line 17, noncash donations<br>Line 21, unreimbursed employee expenses | $500<br>$500<br>$9,695 |
| 41 | 04/26/2017 | M.V. | 2016 | Sch. A:<br>Line 7, personal property tax<br>Line 21, unreimbursed employee expenses | $1,255<br>$10,504 |

Each in violation of Title 26, United States Code, Section 7206(2).

DATED: 12/19/19

A TRUE BILL.

_____
FOREPERSON

DAVID L. ANDERSON
United States Attorney

_____
THOMAS MOORE
Assistant United States Attorney

INDICTMENT                              8

**SEALED BY ORDER OF THE COURT**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA



FILED
DEC 19 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

## CRIMINAL COVER SHEET

*Instructions:* Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.

| | | |
|---|---|---|
| **CASE NAME:** USA v. MARIA CORINA RODRIGUEZ | **CASE NUMBER:** CR | CR 19 705 |
| **Is This Case Under Seal?** | Yes ✓ | No |
| **Total Number of Defendants:** | 1 ✓   2-7 | 8 or more |
| **Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?** | Yes | No ✓ |
| **Venue (Per Crim. L.R. 18-1):** | SF   OAK ✓ | SJ |
| **Is this a potential high-cost case?** | Yes | No ✓ |
| **Is any defendant charged with a death-penalty-eligible crime?** | Yes | No ✓ |
| **Is this a RICO Act gang case?** | Yes | No ✓ |

**Assigned AUSA (Lead Attorney):** THOMAS MOORE, AUSA   **Date Submitted:** 12/19/19

**Comments:**

Form CAND-CRIM-COVER (Rev. 11/16)   RESET FORM   SAVE PDF