GEOFFREY A. HANSEN
Acting Federal Public Defender
Northern District of California
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone:	(510) 637-3500
Facsimile:	(510) 637-3507
Email:	John_Reichmuth@fd.org

Counsel for Defendant Rodriguez

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 19–705 YGR |
| Plaintiff, | **STATUS REPORT ON BEHALF OF MARIA CORINA RODRIGUEZ** |
| v. | |
| MARIA CORINA RODRIGUEZ, | |
| Defendant. | |

Sentencing in this matter was vacated pending an update on Ms. Rodriguez's medical circumstances, based on the scheduling of an urgent biopsy procedure. The parties were ordered to file a status report on her medical situation on or before June 15, 2021.

The defense has learned additional information. Ms. Rodriguez has not been diagnosed with cancer. However, she has been scheduled for abdominal surgery on August 17, 2021 for what the defense understands to be preventative of cancer.

The parties request that they be permitted to meet and confer, including with the Courtroom Deputy Clerk and Probation Officer, and submit a stipulation on or before June 29, 2021, to a new sentencing date that allows for updating the Presentence Report and accommodating Ms. Rodriguez's

medical care.

Government counsel has stated to defense counsel that he does not object to this procedure.

DATED: June 15, 2021 　　　　　　/S/　　　　　　　　
　　　　　　　　　　　　　　　JOHN PAUL REICHMUTH
　　　　　　　　　　　　　　　Assistant Federal Public Defender


DATED: June 15, 2021 　　　　　　/S/　　　　　　　　
　　　　　　　　　　　　　　　FRANK J. RIEBLI
　　　　　　　　　　　　　　　Assistant United States Attorney

## [PROPOSED] ORDER

Based on the foregoing, it is hereby

ORDERED that parties meet and confer, including with the Courtroom Deputy Clerk and Probation Officer, and submit on or before June 29, 2021, a stipulation to a new sentencing date that allows for updating the Presentence Report and accommodating Ms. Rodriguez's medical care

**IT IS SO ORDERED.**

DATED: June 25, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　
HON. YVONNE GONZALEZ ROGERS
United States District Judge